**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BAKER, ) | CASE NO. ED CV 09-01078 RZ |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT OF REMAND |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: February 24, 2010

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE